Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Benjamin D. Seal
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 23, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BEVERLEIGH QUENAN PETERSON,<br><br>Defendant. | 1:21-CR-2055-SMJ<br><br>INFORMATION<br><br>Vio: 18 U.S.C. § 641<br>Theft of Government Funds<br><br>18 U.S.C. § 981(a)(1)(C) and<br>28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

The United States Attorney charges:

On or about March 8, 2018, in the Eastern District of Washington, the Defendant, BEVERLEIGH QUENAN PETERSON, willfully and knowingly did steal and purloin money, of a value exceeding $1,000, of the goods and property of the United States, in violation of 18 U.S.C. § 641.

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated herein by this reference for the purpose of alleging forfeitures.

INDICTMENT – 1

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of the offense, Theft of Government Property, in violation of 18 U.S.C. § 641, as alleged in this Indictment, Defendant BEVERLEIGH QUENAN PETERSON, shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the offense(s), all pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

## MONEY JUDGMENT

A sum of money equal to $70,303.57 in United States currency, representing the amount of proceeds obtained from the theft of government funds violation.

If any of the property described above, as the result of any act or omission of Defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be divided without difficulty,

INDICTMENT – 2

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

DATED this 23rd day of November 2021.

Vanessa R. Waldref
United States Attorney

_____
Benjamin D. Seal
Assistant United States Attorney

INDICTMENT – 3