# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br>-vs-<br><br>BEVERLEIGH QUENAN PETERSON,<br>                               Defendant. | Case No.    1:21-CR-02055-SMJ-1<br>**CRIMINAL MINUTES**<br>DATE:    JUNE 21, 2022<br>LOCATION:    YAKIMA<br><br>**SENTENCING HEARING** |

| | | |
|---|---|---|
| | Hon. Salvador Mendoza, Jr. | |
| Nicole Cruz | 02 | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Todd Swensen | | Ben Hernandez |
| **Government Counsel** | | **Defense Counsel** |
| **United States Probation Officer:**    Carrie Valencia | | |

**[X] Open Court**          **[ ] Chambers**          **[ ] Teleconference**

Defendant present, not in custody of the US Marshal.

Argument and recommendation by Mr. Swensen; argument and recommendation by Mr. Hernandez.

Defendant addresses the Court on his own behalf.

The Court accepts Presentence Investigation Report as submitted.

**Probation:**          5 years on standard and mandatory conditions, and the following special conditions:

1. If you pose a risk to another person or an organization, the probation officer may seek permission from the court to require you to notify that person or organization about the risk. If the court approves, you must provide the notification. The probation officer may contact the person or organization to confirm that you have provided the proper notification.

2. You must provide the supervising officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office. You must disclose all assets and liabilities to the supervising officer. You must not transfer, sell, give away, or otherwise convey any asset, without the advance approval of the supervising officer.

## [X]    ORDER FORTHCOMING

| **Convened:** 9:59 a.m. | **Adjourned:** 10:20 a.m. | **Time:**    0:21 hr. | **Calendared**    [ ] |
|---|---|---|---|

*USA -vs- Beverleigh Quenan Peterson*  
1:21-cr-02055-SMJ-1  
Sentencing Hearing

June 21, 2022  
Page 2

3. You must not incur any new debt, open additional lines of credit, or enter into any financial contracts, without the advance approval of the supervising officer.

| | |
|---|---|
| **Fine:** | Waived |
| **Special Penalty Assessment:** | $100 |
| **Restitution:** | $70,303.57 |

Appeal rights waived pursuant to the Plea Agreement previously executed by the defendant and filed.

Final Order of Forfeiture signed and filed.